## EX PARTE STATE IN RE JOHNSON v. THE STATE.

(Decided June 30, 1915.)

CERTIORARI to Court of Appeals.

WILLIAM L. MARTIN, Attorney General, for petitioner. JAMES J. RAY, contra.

Per Curiam. Writ denied to review the judgment and decision of the Court of Appeals in the case of *Johnson v. The State,* 69 South. 396.

---

## EX PARTE STITH COAL CO. v. HARRIS.

(Decided June 17, 1915.)

CERTIORARI to Court of Appeals.

BANKHEAD & BANKHEAD, and STOKELY, SCRIVNER & DOMINICK, for petitioner. RAY & COONER, contra.

THOMAS, J.—Writ denied to review the judgment and decision of the Court of Appeals in the case of *Stith Coal Co. v. Harris,* 68 South. 797.

All the Justices concur.

---

## EX PARTE THOMAS v. THE STATE.

(Decided June 17, 1915. Rehearing denied July 2, 1915.)

CERTIORARI to Court of Appeals.

WERT & LYNNE, for petitioner. WILLIAM L. MARTIN, Attorney General, contra.

GARDNER, J.—Writ denied to review the judgment and decision of the Court of Appeals in the case of *Marion Thomas v. The State,* 68 South. 799, 12 Ala. App. 293.

All the Justices concur.